# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| G-W Management Services, LLC | )     ASBCA No. 58664 |
| | ) |
| Under Contract No. N40080-10-D-0498 | ) |

APPEARANCE FOR THE APPELLANT:       Herman M. Braude, Esq.
                                            Braude Law Group, P.C.
                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Ronald J. Borro, Esq.
                                            Navy Chief Trial Attorney
                                            Pamela J. Nestell, Esq.
                                            Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE NEWSOM

The parties have entered into a Settlement Agreement and Release and Waiver for the Purpose of Settling All Claims under Contract No. N40080-10-D-0498, Task Order 003, dated 29 May 2015 (Agreement). They jointly request that the Board enter judgment in the above-referenced appeal. Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and Agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $96,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 7 July 2015

 

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58664, Appeal of G-W Management Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2